**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL MINUTES - GENERAL**

Case No.  CV 07-7389 AHM (AJW)                                               Date: July 6, 2009

T i t l e :  **J e s u s    M e d r a n o    v .    J a s o n    D e b r i t z**
=================================================
PRESENT:              HON.   **ANDREW J. WISTRICH, MAGISTRATE JUDGE**

            Ysela Benavides
            Deputy Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
      None Present                                               None Present

**ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION**

Plaintiff, proceeding pro se and in forma pauperis, filed his complaint on November 21, 2007. An order directing service of process by the United States Marshal was filed on December 5, 2007.  The Clerk mailed plaintiff service forms at his address of record to complete and return to the court to enable the Marshal to serve the summons and complaint.  Plaintiff, however, did not return the service forms, and he has taken no other action to prosecute this case since the complaint was filed.

Accordingly, plaintiff is ordered to show cause, if any there be, for his failure to prosecute this case by filing a declaration under penalty of perjury, with supporting exhibits if needed, no later than **July 20, 2009.**

**Plaintiff is cautioned that failure to respond to this order within the time allowed, or failure to show good cause as described in this order, may lead to the dismissal of this action with prejudice. See Fed. R. Civ. P. 41(b)**.

**IT IS SO ORDERED.**
cc:       Parties

MINUTES FORM 11                                                          Initials of Deputy Clerk_____
CIVIL-GEN