JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JESUS MEDRANO, | ) | |
| Plaintiff, | ) | Case No. CV 07-07389 AHM (AJW) |
| v. | ) | |
| JASON DEBRITZ, | ) | J U D G M E N T |
| Defendant. | ) | |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

Dated: October 26, 2009

_____
A. HOWARD MATZ
United States District Judge

**JS-6**